# INITIAL APPEARANCE MINUTES:

| | |
|---|---|
| Time set: 2:00 p.m. | Date: 12/9/2022 |
| Start Time: 2:08 | Presiding Judge: Lawrence R. Leonard, USMJ |
| End Time: 2:11 | Courtroom Deputy: L. Woodcock |
| | Reporter: FTR |
| Split Time ( ) | U.S. Attorney: Kristin Bird, AUSA |
| | Defense Counsel: _____ |
| | ( ) Retained ( ) Court appointed ( ) AFPD |
| | Interpreter: _____ |

Case Number: 2:22cr123
USA v. Jamique Mays

( X ) Deft. Present ( X ) custody ( ) not in custody
( X ) Initial Appearance ( X ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
    ( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest ( ) Criminal Complaint
( ) Defendant consented to video proceedings. Order entered and filed
( X ) Deft. advised of rights, charges and right to counsel
(✓) Counsel desired ( ) Defendant to retain: _____
( ) Oral admonition as required by DPPA given to the prosecutor
( ) Defendant's motion to substitute counsel    ✓FPD Conflict
( ) Order to substitute counsel executed and filed in open court
(✓) Financial Affidavit filed in open Court
(✓) Court (✓) Directed ( ) Denied appointment of counsel
( ) _____, AFPD present. FPD appointed in open court
( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
( ) ( ) Preliminary ( ) Removal Hearing set for _____ at _____ before _____ U.S. Magistrate Judge in _____.
( ) Preliminary Hearing ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
(✓) Government motion for Detention ( ) Government not seeking detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted ( ) Denied
(✓) Detention Hearing scheduled for 12/14/22 at 2:30 before RJK (mag J).
( ) Detention Hearing ( ) Held ( ) Waived in _____.
(✓) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( ) Bond set at $ _____
( ) Special Conditions of Release: **(See Page 2)**
(✓) Deft. remanded to custody of U.S. Marshal
( ) Warrant returned executed and filed in open court
( X ) Defendant is directed to appear on 12/14/22 at 2:30 for
    ( X ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
    ( X ) Norfolk ( ) Newport News
( ) _____
( ) _____