IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:22-CR-123 |
| | ) | |
| JAMIQUE MAYS, | ) | |
| a/k/a "Eye Tunes," | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S RESPONSE TO DEFENSE COUNSEL'S
<u>MOTION TO WITHDRAW</u>**

The United States of America now responds to counsel's motion to withdraw and memorandum in support, ECF Nos. 14–15. The government takes no position on counsel's motion.

                Respectfully submitted,

                Jessica D. Aber
                United States Attorney

By: /s/_____
     William B. Jackson
     Assistant United States Attorney
     Attorney for the United States
     101 West Main Street, Suite 8000
     Norfolk, VA 23510
     (757) 441-6331 Office
     (757) 441-6689 Fax
     william.jackson3@usdoj.gov

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on this 25th day of January, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Peter J. Jankell, Esq.
Jankell & Ireland, P.C.
1228 Progressive Drive, Suite 102
Chesapeake, VA 23320

/s/
William B. Jackson
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA   23510
Telephone Number: (757) 441-6331
Facsimile Number: (757) 441-6689
Email Address: william.jackson3@usdoj.gov