IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.　　　　　　　　　　　　　　　　　　　　Criminal Action No. 2:22cr123

JAMIQUE MAYS,
　　　　　Defendant.

## ORDER

　　This matter comes before the Court on the defendant's unopposed motion and brief to continue the jury trial and waiver of speedy trial for continuity of counsel. (ECF No. 20.) The Court originally scheduled this case for a jury trial to begin on February 13, 2023. After the Court granted a motion to withdraw filed by the defendant's original counsel, the defendant's new counsel filed a motion to continue the trial. (*See* ECF Nos. 19, 20.) On February 3, 2023, the Court granted the motion, finding that the ends of justice served by setting a trial date beyond the Speedy Trial deadline in this case outweigh the best interest of the public and the defendant in a speedy trial. (ECF No. 21.) The Court continued generally the jury trial in this case and directed the parties to confer about their joint availability. The Court now RESCHEDULES this case for a jury trial to begin on **April 24, 2023**. The pretrial deadlines set forth in the Court's December 20, 2022, Order, (ECF No. 13), remain the same.

　　It is so ORDERED.

　　Let the Clerk send a copy of this Order to all counsel of record.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　John A. Gibney, Jr.
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

Date: 14 February 2023
Richmond, VA