April 15th, 2023     2:00pm

(Case number 2:22CR 123)

On the above date and time, I [Jamique S. Mays] Social Security number ending in (3083); Hereby deny any decisions made in any court and or Jurisdictions made without my Knowledge or Consent or without me being present. I did (not) and do (not) authorize or give any consent to any lawyer, counsel, or any persons to make any decisions without my Knowledge or being present.

I [Jamique S. Mays] do hereby Certify this statement to be true and correct;

*[signature: Jamique Mays]*

SHELIA ANN HILL
NOTARY PUBLIC
REG. #7788883
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JULY 31, 2026

*[signature: Shelia Hill 4/27/23]*